| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Biery, Jr., Samuel F | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>3/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>J.H. Wood Jr. U.S. Courthouse<br><br>655 E. Durango Blvd.<br><br>SanAntonio, Texas 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Texas Lutheran University Corporation |
| 2. | Executive Committee School of Law | Southern Methodist University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1979-94 | Bexar County Retirement Account ( Vested, created by statute, will continue in force).( See note in Item VIII). |
| 2. | 1983-94 | Texas Judicial Retirement Account (Vested, created by statute, will continue in force). |
| 3. | 1973-78 | Biery Law Firm deferred compensation retirement account(IRS approved can withdraw w/o penalty at age 59). |

RECEIVED 2005 MAR 11 A 10: 50 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Austin, Texas 5/18/2004 | Fifth Circuit Conference(05/11/2004-05/14/2004). (mileage,meals,hotel). |
| 2. | Atlanta, GA 06/25/2004 | FEDERAL Judicial Centers Sentencing Policy Institute. (06/21/2004-06/24/2002). (airfare,meals,hotel). |
| 3. | Dallas, Texas (06/04/2004). | Hatton W. Sumners Foundation Conference.(06/04/2004-06/06/2004). (meals,hotel). |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Biery, Jr.,, Samuel F | 3/2/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biery, Jr.,, Samuel F | 3/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA-Merrill Lynch(U.S. Treasuries) | B | Interest | K | T | | | | | See part VIII |
| 2. Biery Law Firm Retirement Account(U.S. Govt. Mge. Bonds) | D | Interest | M | T | | | | | |
| 3. State/County judicial retirement accounts | D | Interest | L | T | | | | | See part VIII |
| 4. Frost Bank San Antonio, Texas | A | Interest | J | T | | | | | |
| 5. New York Life policy | B | Interest | K | T | | | | | |
| 6. Alamo Credit Union San Antonio, Texas | A | Interest | J | T | | | | | |
| 7. Smith Barney-IRA Stock Mutual Fund | B | Interest | K | T | | | | | See part VIII |
| 8. (A) Putman Asset Allocation Fund | | | | | | | | | See part VIII |
| 9. (B) Seligman Communication Fund | | | | | | | | | See part VIII |
| 10. © Smith-Barney Appreciation Fund | | | | | | | | | See part VIII |
| 11. (D) Smith-Barney High Income Fund | | | | | | | | | See part VIII |
| 12. Security Service Credit Union San Antonio, Texas (sp) | A | Interest | J | T | | | | | See part VIII |
| 13. Bank One of San Antonio, Texas GNMA Mge. Bonds | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

These assets now belong to my former spouse and will be deleted on future reports:

Part II, Item #1
Part VII, Items # 1, (3 county retirement only),7,8,9,10,11, & 12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig_____        Date_March 4, 2005_____

_____Y INDIVIDUAL WH_____Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY ___BJECT TO CIVIL AND C_____SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544